| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **AWS Hospitality Group, Inc.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  S2 Express Grill** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-4428144** |
| 4. | Debtor's address | **Principal place of business**  **12237 Lancashire Ct.**  **Mokena, IL 60448**  Number, Street, City, State & ZIP Code    **Will**  County    **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.S2ExpressGrill.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **AWS Hospitality Group, Inc.**　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check **all** that apply*:

   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   　　District _____   When _____   Case number _____
   　　District _____   When _____   Case number _____

Debtor **AWS Hospitality Group, Inc.**      Case number (*if known*) _____
   Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No <br> ☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **AWS Hospitality Group, Inc.** _____ Case number (*if known*)_____
       Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **AWS Hospitality Group, Inc.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 19, 2025**
MM / DD / YYYY

X **/s/ Suheir Barakat**                                **Suheir Barakat**
Signature of authorized representative of debtor         Printed name

Title **President**

**18. Signature of attorney**

X **/s/ SCOTT R. CLAR**                                 Date **June 19, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone **312-641-6777**    Email address **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

Debtor  **AWS Hospitality Group, Inc.**  Case number (if known) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 19, 2025**
            MM / DD / YYYY

X _/s/ signature_                                          **Suheir Barakat**
Signature of authorized representative of debtor            Printed name

Title  **President**

**18. Signature of attorney**

X _____                     Date  **June 19, 2025**
Signature of attorney for debtor                           MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**       Email address  **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

Scanned with CamScanner

Fill in this information to identify the case:
Debtor name: **AWS Hospitality Group, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADT** 452 Sable Blvd., Unit G Aurora, CO 80011 | | Security Systems | | | | $235.70 |
| **Bank of America** PO Box 15796 Wilmington, DE 19886-5796 | | Credit Card | | | | $18,017.68 |
| **Bank of America** PO Box 15796 Wilmington, DE 19886-5796 | | Credit Card | | | | $16,271.12 |
| **Chicago Seafood & Restaurant Supply** 4433 W. 42nd Place Chicago, IL 60632 | | | | | | $3,364.00 |
| **Columbus Meats** 4420 S. Tripp Ave Chicago, IL 60632 | | Vendor of meats | | | | $1,554.01 |
| **Comcast Business** PO Box 4089 Carol Stream, IL 60197 | | Business Service | | | | $1,343.75 |
| **ComEd** PO Box 6111 Carol Stream, IL 60197-6111 | | Utilities | | | | $6,467.98 |
| **Craig Shaffer & Associates** 2770 S. River Rd., #109 Des Plaines, IL 60018 | | Accounting Services | | | | $36,811.69 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | AWS Hospitality Group, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Family Heating & Air Conditioning 17113 Winding Creek Dr. Hickory Hills, IL 60457 | | | | | | $752.00 |
| Illinois Department of Revenue PO Box 64338 Chicago, IL 60664-0338 | | Sales and Use Tax | | | | Unknown |
| Morgan Services, Inc. 4301 S. Morgan St. Chicago, IL 60609 | | Breach of Contract | | | | $88,452.22 |
| Peoples Gas PO Box 1110 Glenview, IL 60025-8110 | | Gas Services | | | | $3,930.00 |
| Rose Pest Solutions 10644 S. Western Ave. Chicago, IL 60643 | | Pest Control | | | | $1,028.00 |
| Sysco 250 Wieboldt Dr. Des Plaines, IL 60016 | | | | | | $12,394.11 |
| The City of Chicago Dept. of Finance -Utility Billing PO Box 6330 Chicago, IL 60680-6330 | | Water, Sewer, Garbage Services | | | | $5,048.32 |
| Traveler's Latman Insurance Group 19710 Governors Hwy #7 Flossmoor, IL 60422 | | Insurance | | | | $6,267.75 |
| Tri State Disposal 13903 S. Ashland Ave. Riverdale, IL 60827 | | | | | | $2,039.23 |
| Vestis 2580 Palumbo Drive Lexington, KY 40509 | | | | | | $872.10 |
| Village of Orland Park 14700 Ravinia Ave. Orland Park, IL 60462 | | Water Service, Sewer Service, Storm Water Service | | | | $285.21 |

Debtor **AWS Hospitality Group, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WSRB Radio**<br>**6336 Calumet Ave.**<br>**Hammond, IN 46324** | | | | | | $300.00 |

# United States Bankruptcy Court
## Northern District of Illinois

In re: **AWS Hospitality Group, Inc.**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **27**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **June 19, 2025**

*[signature]*
**Suheir Barakat/President**
Signer/Title

ADT
452 Sable Blvd., Unit G
Aurora, CO 80011

Illinois Department of Revenue
PO Box 338
Chicago, IL 60664-0338

Roast Capers LLC
333 Summer St.
Attn: Legal Dept.
Boston, MA 02211

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

Illinois Dept of Revenue
PO Box 19035
Springfield, IL 62794-9035

Traveler's
Latman Insurance Group
19710 Governors Hwy #7
Flossmoor, IL 60422

Chicago Seafood & Restaurant Supply
4433 W. 42nd Place
Chicago, IL 60632

Intuit Inc.
2800 E. Commerce Center Place
Chicago, IL 60609-5136

Travelers CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317

Clover
First Date Merchant Services LLC
PO Box 173845
Denver, CO 80217

McCarthy, Burgess & Wolff
The MB&W Building
2000 Cannon Road
Cleveland, OH 44146

Tri State Disposal
13903 S. Ashland Ave.
Riverdale, IL 60827

Columbus Meats
4420 S. Tripp Ave
Chicago, IL 60632

Morgan Services, Inc.
4301 S. Morgan St.
Chicago, IL 60609

Vestis
2580 Palumbo Drive
Lexington, KY 40509

Comcast Business
PO Box 4089
Carol Stream, IL 60197

Peoples Gas
PO Box 1110
Glenview, IL 60025-8110

Village of Orland Park
14700 Ravinia Ave.
Orland Park, IL 60462

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Rose Pest Solutions
10644 S. Western Ave.
Chicago, IL 60643

WSRB Radio
6336 Calumet Ave.
Hammond, IN 46324

Craig Shaffer & Associates
2770 S. River Rd., #109
Des Plaines, IL 60018

Sysco
250 Wieboldt Dr.
Des Plaines, IL 60016

Dining Credits

The City of Chicago
Dept. of Finance -Utility Billing
PO Box 6330
Chicago, IL 60680-6330

Family Heating & Air Conditioning
17113 Winding Creek Dr.
Hickory Hills, IL 60457

The City of Harvey
15320 S. Broadway Ave.
Harvey, IL 60426

# United States Bankruptcy Court
## Northern District of Illinois

In re  **AWS Hospitality Group, Inc.**                                         Case No.
                                      Debtor(s)                                Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **AWS Hospitality Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**June 19, 2025**                                        **/s/ SCOTT R. CLAR**
Date                                                     **SCOTT R. CLAR**
                                                         Signature of Attorney or Litigant
                                                         Counsel for   **AWS Hospitality Group, Inc.**
                                                         **Crane, Simon, Clar & Goodman**
                                                         **Suite 3950**
                                                         **135 South LaSalle Street**
                                                         **Chicago, IL 60603-4297**
                                                         **312-641-6777 Fax:312-641-7114**
                                                         **sclar@cranesimon.com**